THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRYL BROWN,<br><br>    Plaintiff,<br><br> v.<br><br>BLACKSTONE GROUP, *et al.*,<br><br>    Defendants. | CASE NO. C21-0132-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff has filed an amended complaint alleging injuries resulting from the termination of his employment. Defendants Belfor USA Group, ADP, Inc., Blackstone Group, and Servpro have moved to dismiss or to be dropped as parties. (Dkt. Nos. 25, 27, 32.) Plaintiff has separately also moved to add Trades Labor Corporation as a party and to drop Defendants Blackstone Group and Servpro as a party. (Dkt. No. 37.) Pursuant to Local Civil Rule 7(d), these motions have noting dates ranging from April 30, 2021 to May 21, 2021.

In the interest of judicial efficiency, the Court will consider all currently outstanding motions concurrently. The Clerk is, therefore, DIRECTED to renote Docket Numbers 25, 27, and 32 to May 14, 2021. However, the briefing schedule for each motion is *unchanged*. The

deadlines for the response and reply briefs regarding these motions is based upon Local Civil Rule 7(d), as applied to the *original* noting dates.

DATED this 3rd day of May 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk