THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRYL BROWN, | CASE NO. C21-0132-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BLACKSTONE GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendants Belfor USA Group, ADP, Inc., Blackstone Group, and Servpro have previously moved to dismiss or to be dropped as parties in this action. (Dkt. Nos. 25, 27, 32.) Plaintiff also separately moved to add Trades Labor Corporation as a party and to drop Defendants Blackstone Group and Servpro as a party. (Dkt. No. 37.) In the interest of judicial efficiency, the Court previously renoted all outstanding motions to May 14, 2021. (*See* Dkt. No. 39.) The State of Washington now also moves to dismiss (Dkt. No. 42). That motion has a noting date of June 4, 2021. In the interest of judicial efficiency, the Court will consider this motion concurrent to the previous ones. The Clerk is, therefore, DIRECTED to renote Docket Numbers 25, 27, 32 and 37 to June 4, 2021. However, the briefing schedule for each motion is *unchanged*. The deadlines for the response and reply

MINUTE ORDER
C21-0132-JCC
PAGE - 1

briefs regarding these motions are based upon Local Civil Rule 7(d), as applied to the *original* noting dates.

DATED this 11th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
