UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRYL BROWN,<br><br>                Plaintiff,<br><br>     v.<br><br>BLACKSTONE GROUP, *et al.*,<br><br>                Defendants. | CASE NO. C21-0132-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint on February 2, 2021. (Dkt. No. 1.) Of the defendants named in the complaint, Plaintiff has not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l) for the following: Sheldon Yellen, Christine Draper, Theodore Sitterley, Teresa Franz, Curt Daviscourt, Derek Morgan, and the Equal Employment Opportunity Commission. Plaintiff is ORDERED to show cause why the case against these parties should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m). Plaintiff's written response is due Monday, June 21, 2021. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//

//

DATED this 7th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk